NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

SHELDON PETERS WOLFCHILD, ERNIE PETERS
LONGWALKER, SCOTT ADOLPHSON, MORRIS J.
PENDLETON, BARBARA FEEZOR BUTTES,
WINIFRED ST. PIERRE FEEZOR, AUTUMN
WEAVER, ARIES BLUESTONE WEAVER, ELIJAH
BLUESTONE WEAVER, RUBY MINKEL, LAVONNE
A. SWENSON, WILLIS SWENSON, AARON
SWENSON, BEVERLY M. SCOTT, LILLIAN
WILSON, MONIQUE WILSON, SANDRA
COLUMBUS GESHICK, CHERYL K. LORUSSO,
JENNIFER K. LORUSSO, CASSANDRA
SHEVCHUK, JASON SHEVCHUK,
JAMES PAUL WILSON, EVA GRACE WILSON,
BENITA M. JOHNSON, AND KEVIN LORUSSO,
*Plaintiffs-Cross Appellants,*

AND

ANITA D. WHIPPLE ET AL., DESCENDANTS OF
LUCY TRUDELL, BONNIE RAE LOWE, ET AL.,
DESCENDANTS OF JOSEPH GRAHAM, ET AL.,
LENOR ANN SCHEFFLER BLAESER ET AL.,
DESCENDANTS OF JOHN MOOSE,
AND MARY BETH LAFFERTY, ET AL.,
*Plaintiffs,*

AND

COURSOLLE DESCENDANTS AND ROCQUE AND
TAYLOR DESCENDANTS,

*Plaintiffs,*

AND

DEBORAH L. SAUL, LAURA VASSAR, ET AL.,
LYDIA FERRIS ET AL., DANIEL M TRUDELL, ET
AL., ROBERT LEE TAYLOR, ET AL., AND DAWN
HENRY,
*Plaintiffs,*

AND

RAYMOND CERMAK, SR., (ACTING
INDIVIDUALLY AND UNDER A POWER OF
ATTORNEY FOR STANLEY F. CERMAK, SR.),
MICHAEL STEPHENS, ET AL., JESSE CERMAK,
ET AL., DENISE HENDERSON, DELORES
KLINGBERG, SALLY ELLA ALKIRE, PIERRE
ARNOLD, JR., AND GETRUDE GODOY ET AL.,
*Plaintiffs,*

AND

JOHN DOES 1-30, WINONA C. THOMAS ENYARD,
AND KITTO, ET AL.,
*Plaintiffs,*

AND

FRANCINE GARREAU, ET AL.,
*Plaintiffs,*

AND

FRANCIS ELAINE FELIX,
*Plaintiff,*

AND

KE ZEPHIER, ET AL.,

*Plaintiffs,*

AND

**LOWER SIOUX INDIAN COMMUNITY,**
*Plaintiff,*

AND

**PHILIP W. MORGAN,**
*Plaintiff,*

AND

**REBECCA ELIZABETH FELIX,**
*Plaintiff,*

AND

**VERA A. ROONEY, ET AL.,**
*Plaintiffs,*

AND

**DANNY LEE MOZAK,**
*Plaintiff-Cross Appellant,*

AND

**DAWN BURLEY, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**HARLEY ZEPHIER, SR.,**
*Plaintiff-Cross Appellant,*

AND

**JOHN DOES 1-433,**
*Plaintiffs-Cross Appellants,*

AND

**JULIA DUMARCE, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**RAYMOND COURNOYER, SR., ET AL., JERRY ROBINETTE, ET AL., SANDRA KIMBELL, ET AL., CHARLENE WANNA, ET AL., AND LESLIE LEE FRENCH, ET AL.,**
*Plaintiffs-Cross Appellants,*

AND

**KRISTINE ABRAHAMSON,**
*Plaintiff-Cross Appellant,*

AND

**VICTORIA ROBERTSON VADNAIS,**
*Plaintiff-Cross Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellant.*

---

2012-5035, -5036, -5043

---

Appeals from the United States Court of Federal Claims in consolidated case nos. 03-CV-2684 and 01-CV-0568, Judge Charles F. Lettow.

---

**ON MOTION**

---

Before SCHALL, *Circuit Judge*.

## ORDER

Sheldon Peters Wolfchild, et al. (Wolfchild), move for leave, out of time, to file a principal cross-appeal and response brief, with brief attached, that exceeds the word limit by 5000 words. The United States opposes.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. Wolfchild's conforming brief must be filed within 14 days of the date of this order.

FOR THE COURT

**NOV 0 5 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Wood R. Foster, Jr., Esq.
Scott Allen Johnson, Esq.
Garrett J. Horn, Esq.
Jack E. Pierce, Esq.
Elizabeth T. Walker, Esq.
Nicole Nachtigal Emerson, Esq.
Francis Elaine Felix
James Lawrence Blair, Esq.
Douglas R. Kettering, Esq.
Philip William Morgan
Rebecca Elizabeth Felix
Bernard Joseph Rooney, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

NOV 0 5 2012

JAN HORBALY
CLERK

Erick G. Kaardal, Esq.
Creighton A. Thurman, Esq.
Kelly Stricherz, Esq.
Larry B. Leventhal, Esq.
Robin L. Zephier, Esq.
Gary John Montana, Esq.
Randy Vern Thompson, Esq.
John L. Smeltzer, Esq.
Barry P. Hogan, Esq.
Royce D. Edwards, Jr., Esq.

s25